Robert J. Lauson, Esq.
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
Phone: (310) 726-0892
Fax:   (310) 726-0893
Email: bob@lauson.com

Attorneys for Plaintiff,
CAMBIUM BUSINESS GROUP, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CAMBIUM BUSINESS GROUP, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MAGICK WOODS LIMITED. a Canadian Company; and DOES 1-9, inclusive,<br><br>　　　　Defendants. | Case No. SACV12 - 01196 JVS (ANx)<br><br>**Complaint For:**<br><br>Federal Trademark Infringement; California Unfair Competition<br><br>**Demand For Jury Trial** |

/ / /

/ / /

/ / /

For its Complaint, Plaintiff CAMBIUM BUSINESS GROUP, INC. ("Cambium") alleges as follows:

1. This is an action under the Trademark Laws of the United States, Title 15 U.S.C. §1051, et seq., for trademark infringement pursuant to §32 of the Trademark Act of 1946 (the Lanham Act), as amended, 15 U.S.C. §1114, and for Unfair Business Practice arising under California Business and Professions Code § 17200 et seq.

## The Parties

2. Plaintiff Cambium Business Group is a corporation duly organized under the laws of the State of California, having offices at 6950 Noritsu Ave, Buena Park, California, 90260 USA ("Cambium").

3. Upon information and belief, Defendant Magick Woods Limited is a company organized and existing under the laws of Canada, with its principal place of business at 111 Creditview Road, Woodbridge, Ontario L4L 9T1 Canada ("Magick")

4. The true names and capacities of Defendants DOES 1-9 inclusive, are unknown to Cambium, who therefore sues them by such fictitious names. Cambium will seek leave to amend this complaint to allege their true names and capacities when they have been ascertained. Cambium is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged and that Cambium's damages as herein alleged were proximately caused by those Defendants. At all times herein mentioned, Defendants DOES 1-9 inclusive were the agents, servants, employees or

attorneys of their co-defendants, and in doing the things hereinafter alleged were acting within the course and scope of their authority as those agents, servants, employees or attorneys, and with the permission and consent of their co-defendants.

## Jurisdiction and Venue

5. The jurisdiction of this Court over the subject matter of this action is predicated on 28 U.S.C. § 1338(a) as a federal question pertaining to trademarks. This Court has related claim jurisdiction over the state law unfair competition claim pursuant to 28 U.S.C. § 1338(b) and 28 U.S.C. § 1367.

6. Venue is proper in this judicial district as Defendants reside here, having committed acts of infringement and thus subject to personal jurisdiction in this judicial district, pursuant to 28 U.S.C. § 1391(b), (c).

## Background Facts

7. Cambium has been engaged in the business of manufacturing and selling furniture-related products in the U.S. since 1985.

8. Since long prior to the acts of Defendants herein alleged, Cambium has continuously used its FAIRMONT DESIGNS® mark in interstate and intrastate commerce in connection with its advertising, promotion, offering to provide and providing of its furniture-related products.

9. Cambium has offered its products under its mark, the mark having continuously appeared on Cambium's signage and on the products themselves and packaging for the products, in catalogs, advertising and promotions. Cambium has

extensively used and promoted the mark such that it is closely identified with the goods and services of Cambium and has gained widespread recognition among its customers.

10. Plaintiff is the owner of federal registration U.S. Registration No. 3,756,959 FAIRMONT DESIGNS® for "furniture and cabinets for the home, offices and hotels." See attached information at Exhibit A.

11. The registered trademark of Cambium is valid and subsisting, and incontestable, and prima facie evidence of Cambium's exclusive right to use said mark in commerce throughout the United States on the goods and services specified therein and other goods and services related thereto.

12. As a result of the care and skill exercised by Cambium in the conduct of its business, the high quality of Cambium's products offered under its mark, and the long running advertising, sale and promotion of Cambium's products bearing the same, the mark has acquired strong secondary meaning. The trade has used and now uses the mark to help identify Cambium's popular products as those of Cambium exclusively, and to distinguish them from the products of others.

13. For several years Cambium has been making and selling cabinets and bathroom vanities under its FAIRMONT DESIGNS® mark in the U.S. See Exhibit B.

14. Recently Cambium became aware of Defendant Magick's use of "Fairmont Collection" for bathroom vanities being sold online and at big box retail stores such as Home Depot and Menards in the U.S. See Exhibit C.

15. The use by Magick of Cambium's Fairmont mark is likely to cause confusion, mistake or deception, as those encountering Magick's products may mistakenly assume, at least initially, that their product is in some way sponsored, endorsed, approved by or connected with Cambium when in fact it is not.

16. Upon information and belief, Magick performed the aforesaid acts with wrongful purposes and knowledge to inappropriately trade upon Cambium's extensive goodwill including using Cambium's mark to draw attention to their product.

17. Cambium's mark is wholly associated with Cambium due to its long use thereof, and as such Cambium is deserving of having its marks adequately protected with respect to the conduct of its business.

## Count I
## Trademark Infringement Under Federal Law
## (Against All Defendants)

18. Cambium incorporates by reference the allegations contained in paragraphs 1-17 of this Complaint and incorporates them herein.

19. By the aforesaid acts, Magick infringed upon Cambium's federal trademark rights described by its trademark registration, in violation of Section 32 of the Lanham Act, 15 U.S.C. §1114.

20. Upon information and belief, Magick's acts have been willful and in conscious disregard of the trademark rights of Cambium.

21. Cambium has suffered, is suffering, and will continue to suffer irreparable injury for which Cambium has no adequate remedy at law.

22. Cambium is entitled to a preliminary injunction to be made permanent upon entry of final judgment, preventing Defendant's further infringement.

## Count II
## California Unfair Competition
### (Against All Defendants)

23. Cambium incorporates by reference the allegations contained in paragraphs 1-22 of this Complaint and incorporates them herein.

24. Magick's actions discussed herein constitute unfair competition under the meaning of California Business and Professions Code § 17200 et seq.

25. These wrongful acts have caused and will continue to cause to Cambium substantial injury that is both imminent and irreparable, and the amount of damage sustained will be difficult to ascertain if these acts continue; Cambium has no adequate remedy at law.

26. Pursuant to California Business and Professions Code § 17203, Cambium is entitled to preliminary and permanent injunctive relief ordering Magick to cease this unfair competition.

///

///

///

WHEREFORE, Cambium prays for judgment that:

A) Magick and its officers, agents, servants, employees, attorneys, and all persons in active concert or participating with any of them, be preliminarily and thereafter permanently enjoined from using the terms "FAIRMONT COLLECTION," or Fairmont, or colorable imitations thereof, in any manner on bathroom vanities or furniture or in any graphic display or advertising for such goods;

B) That Magick be required to file with the Court and serve on Cambium within 30 days after entry of that Injunction, a report in writing under oath setting forth in detail the manner and form in which Magick has complied with the Injunction.

C) For a finding this is an exceptional case; and

D) Magick be ordered to pay all costs and expenses incurred by Cambium associated with this action pursuant to 15 U.S.C. § 1117(a) including reasonable Attorneys' fees;

E) Any such other and further reliefs as the Court may deem just and proper.

Respectfully submitted,

LAUSON & TARVER LLP

Dated: July 19, 2012         By: _____
                             Robert J. Lauson, Esq.
                             Attorneys for Plaintiff,
                             CAMBIUM BUSINESS GROUP, INC.

7

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests trial by jury on all claims asserted triable by a jury.

Dated: July 19, 2012

By: /s/ Robert J. Lauson
Robert J. Lauson, Esq.
Attorneys for Plaintiff,
CAMBIUM BUSINESS GROUP, INC.

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Jul 13 05:21:28 EDT 2012

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | FAIRMONT DESIGNS |
| **Goods and Services** | IC 020. US 002 013 022 025 032 050. G & S: furniture and cabinets for the home, office and hotels. FIRST USE: 20080701. FIRST USE IN COMMERCE: 20080701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 05.03.25 - Leaf, single; Other leaves |
| **Trademark Search Facility Classification Code** | SHAPES-BAR-BANDS Designs with bar, bands or lines<br>SHAPES-COLORS-2 Design listing or lined for two colors<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons<br>VEG Plant life such as trees,flowers,fruits,grains,nuts,wreaths,and leaves |
| **Serial Number** | 77729800 |
| **Filing Date** | May 5, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 15, 2009 |
| **Registration Number** | 3756959 |
| **Registration Date** | March 9, 2010 |
| **Owner** | (REGISTRANT) Cambium Business Group, Inc. CORPORATION CALIFORNIA 6950 Noritsu Ave. Buena Park CALIFORNIA 90620 |
| **Attorney of** | Robert J. Lauson |

EXHIBIT A



Home

Style

Collections

American Shaker
Belleair Beach
Boulevard
Caprice
Collage
Concorde
Contour
Cottage
Half Moon Bay
Jamaica
Manor
Maui
Metropolitan - Gloss White
Metropolitan - Teak
Midtown
Mirage
Newhaven
NY NY
Prairie
Rustic Chic
Seascape
Shaker
Shaker Open Shelf
Stratford
Town & Country
Tribeca
Tux n Tie (formerly Tuxedo)
Victoria
Windwood

Item



## Collections

Each Fairmont Designs bathroom cabinet collection is unique, distinctive, one of a kind. Yet they all have certain features in common, like a choice of granite counter tops, open and closed storage, custom sized vanities, special finishes, and beautiful veneer patterns. But there are other features you don't notice until you live with them. Subtle niceties like sturdy drawer construction, satin finish on drawer interiors, soft close hinges, and hardware specially designed to blend with each style. Now that's beauty that's more than skin deep. Wouldn't you agree?



Collections  |  Wishlist  |  Our Story  |  Sustainability  |  FAQ  |  Sitemap  |  Contact Us  |  Store Locator

EXHIBIT B

# M✦GICKWOODS

PRODUCTS    WHERE TO BUY    CATALOG    INSPIRATIONS    ABOUT US     Search

PRODUCTS > BATHROOM VANITIES > CONTEMPORARY COLLECTIONS **Click Here For Buying Options**


**CONTINENTAL COLLETION**
MORE >


**FAIRMONT COLLECTION**
MORE >


**MANHATTAN COLLECTION**
MORE >


**METRO COLLECTION**
MORE >


**NORWICH COLLECTION**
MORE >


**SONATA COLLECTION**
MORE >


**SYDNEY COLLECTION**
MORE >


**VALENCIA COLLECTION**
MORE >

DEALER AREA | CONTACT US | SITE MAP | FAQ | LEGAL

© 2012 Magick Woods Ltd. | All rights Reserved


EXHIBIT C

# M+GICKWOODS

PRODUCTS    WHERE TO BUY    CATALOG    INSPIRATIONS    ABOUT US    Search

Bathroom Vanities » Bathroom Catalog » Contemporary » Fairmont

## BATHROOMS

Traditional >
Contemporary >
  Metro >
  Sonata >
  Valencia >
  Fairmont >
    19 inch White Ensemble - 2026
    25 inch White Ensemble -2028
    31 inch White Ensemble -2030
    26 inch White Ensemble -2020
    34 inch White Ensemble -2022
    41 inch White Ensemble -2024
    31 inch White Ensemble -2034
    25 inch White Ensemble -2032
    19 inch Dark Chocolate Ensemble - 2025
    25 inch Dark Chocolate Ensemble -2027
    31 inch Dark Chocolate Ensemble -2029
    26 inch Dark Chocolate Ensemble -2019
    34 inch Dark Chocolate Ensemble -2021
    41 inch Dark Chocolate Ensemble -2023
    31 inch Dark Chocolate Ensemble -2033
    25 inch Dark Chocolate Ensemble -2031
  Accessories
  Norwich >
  Sydney >
  Manhattan >
  Continental >
Space Saving >
Accessories >
Vanity Tops/Sinks >
Vessels >

| 19 inch White Ensemble - 2026 | 25 inch White Ensemble -2028 | 31 inch White Ensemble -2030 |
| 26 inch White Ensemble -2020 | 34 inch White Ensemble -2022 | 41 inch White Ensemble -2024 |
| 31 inch White Ensemble -2034 | 25 inch White Ensemble -2032 | 19 inch Dark Chocolate Ensemble - 2025 |
| 25 inch Dark Chocolate Ensemble -2027 | 31 inch Dark Chocolate Ensemble -2029 | 26 inch Dark Chocolate Ensemble -2019 |
| 34 inch Dark Chocolate Ensemble -2021 | 41 inch Dark Chocolate Ensemble -2023 | 31 inch Dark Chocolate Ensemble -2033 |
| 25 inch Dark Chocolate Ensemble -2031 | Accessories | |

**M·GICKWOODS**  PRODUCTS   WHERE TO BUY   CATALOG   INSPIRATIONS   ABOUT US    Search

Bathroom Vanities » Bathroom Catalog » Contemporary » Fairmont » 31 inch White Ensemble -2034

## BATHROOMS

Traditional >
Contemporary >
  Metro >
  Sonata >
  Valencia >
  Fairmont >
    19 inch White Ensemble - 2026
    25 inch White Ensemble -2028
    31 inch White Ensemble -2030
    26 inch White Ensemble -2020
    34 inch White Ensemble -2022
    41 inch White Ensemble -2024
    **31 inch White Ensemble -2034**
    25 inch White Ensemble -2032
    19 inch Dark Chocolate Ensemble - 2025
    25 inch Dark Chocolate Ensemble -2027
    31 inch Dark Chocolate Ensemble -2029
    26 inch Dark Chocolate Ensemble -2019
    34 inch Dark Chocolate Ensemble -2021
    41 inch Dark Chocolate Ensemble -2023
    31 inch Dark Chocolate Ensemble -2033
    25 inch Dark Chocolate Ensemble -2031
  Accessories
  Norwich >
  Sydney >
  Manhattan >
  Continental >
**Space Saving >**
**Accessories >**
**Vanity Tops/Sinks >**
**Vessels >**


Click to enlarge

31In. Fairmont Collection Vanity Ensemble - Matte White
[2034_FM.VS20]

Combines the rich look of natural granite with clear glass. Ensemble includes 2 door base chrome hardware Jet Black natural granite vanity top clear glass vessel sink chrome single hole high spout faucet pop-up and framed mirror with integrated shelf. Matte White. Square Flat door style. Vanity base (with top/vessel): 31 inch W x 19 inch D x 34 inch H. Mirror: 28 inch W x 4 inch D x 30 inch H. Vanity top pre-drilled for single hole faucet and vessel sink. Also available in Dark Chocolate.

**Items within this Ensemble...**

   

<< Prev **1** 2 Next >>

DEALER AREA | CONTACT US | SITE MAP | FAQ | LEGAL

© 2012 Magick Woods Ltd. | All rights Reserved

Magickwoods.com

# M*GICKWOODS

PRODUCTS    WHERE TO BUY    CATALOG    INSPIRATIONS    ABOUT US     Search

Bathroom Vanities » Bathroom Catalog » Contemporary » Fairmont » 25 inch Dark Chocolate Ensemble -2031

## BATHROOMS

Traditional >
Contemporary >
  Metro >
  Sonata >
  Valencia >
  Fairmont >
    19 inch White Ensemble - 2026
    25 inch White Ensemble -2028
    31 inch White Ensemble -2030
    26 inch White Ensemble -2020
    34 inch White Ensemble -2022
    41 inch White Ensemble -2024
    31 inch White Ensemble -2034
    25 inch White Ensemble -2032
    19 inch Dark Chocolate Ensemble - 2025
    25 inch Dark Chocolate Ensemble -2027
    31 inch Dark Chocolate Ensemble -2029
    26 inch Dark Chocolate Ensemble -2019
    34 inch Dark Chocolate Ensemble -2021
    41 inch Dark Chocolate Ensemble -2023
    31 inch Dark Chocolate Ensemble -2033
    **25 inch Dark Chocolate Ensemble - 2031**
    Accessories
      Norwich >
      Sydney >
      Manhattan >
      Continental >
Space Saving >
Accessories >
Vanity Tops/Sinks >
Vessels >


Click to enlarge

**25In. Fairmont Collection Vanity Ensemble - Dark Chocolate**
[2031_FM.VS20]

Combines the rich look of natural granite with clear glass. Ensemble includes 2 door base chrome hardware Jet Black natural granite vanity top clear glass vessel sink chrome single hole high spout faucet pop-up and framed mirror with integrated shelf. Dark Chocolate. Square Flat door style. Vanity base (with top/vessel): 25 inch W x 19 inch D x 34 inch H. Mirror: 22 inch W x 4 inch D x 30 inch H. Vanity top pre-drilled for single hole faucet and vessel sink. Also available in Matte White.

**Items within this Ensemble...**

   

<< Prev 1 2 Next >>

DEALER AREA | CONTACT US | SITE MAP | FAQ | LEGAL          © 2012 Magick Woods Ltd. | All rights Reserved

Skip to Main Content (Access Key - M) Skip to Purchase/Inventory Look-up (Access Key - P) Skip to User Reviews (Access Key - U) Skip to Answer Depot (Access Key - A)



More saving. **More doing:**



ENLARGE

## $349.00

ONLINE INVENTORY

10 available

**ESTIMATED DELIVERY TIME:**
5 - 10 DAYS

FREE SHIPPING
FREE RETURNS

ORDERING ASSISTANCE

Call Us 1-800-628-0525

Mon-Sat: 8am - 11pm EST
Sun: 10am - 10pm EST

*Valid only on date printed*

## MAGICK WOODS
## Fairmont Collection-Euro Base Unit with Porc. Top

Model: 816|Internet/Cat: 931131 | Store SKU: 1000142478

Like   13

### OVERVIEW

Here's a brilliant solution for smaller bathrooms. This stylish Eurostone Collection ensemble includes a 26"-wide, two-door vanity base cabinet and porcelain top – all featuring distinctly European design. Finished in dark chocolate

- Easy to clean
- Extremely durable and resistant dark chocolate finish
- Lifetime guarantee against discoloration, peeling or cracking

16



**More saving. More doing.**

Store Finder / How-To   For Pros   Get It Installed   Tool Rental   Gift Cards   Credit Center   Savings Center

My Store Location: Tustin #603 (Change)   Local Ad   Help   My Account (Sign in or Register)

Share   Email   Print

### MagickWoods Fairmont 31 in. Vanity Base in Dark Chocolate

Model # FM VB200   Store SKU # 425851

Write The First Review

## View Local Store Pricing

Available for In-Store Pick Up

Zoom

Product Description    Specifications    Customer Reviews    More Info    Shipping Options

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

**SACV12- 1196 JVS (ANx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CAMBIUM BUSINESS GROUP, INC., a California corporation <br><br> *Plaintiff(s)* <br> v. <br><br> MAGICK WOODS LIMITED. a Canadian Company; and DOES 1-9, inclusive <br><br> *Defendant(s)* | Civil Action No. <br><br> **SACV12 - 01196 JVS (ANx)** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*




A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert J, Lauson, Esq.
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA  90245
Phone:  (310) 726-0892
Fax:  (310) 726-0893

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Date: JUL 2 3 2012

CLERK OF COURT

**DODJIE LAGMAN**

*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
CAMBIUM BUSINESS GROUP, INC., a California corporation

**DEFENDANTS**
MAGICK WOODS LIMITED, a Canadian Company; and DOES 1-9, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Robert J. Lauson, Lauson & Tarver LLP
880 Apollo Street, Suite 301, El Segundo, CA 90245
310-726-0892

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No
☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
U.S.C. §1051, et seq. for Trademark Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**SACV12 - 01196 JVS (ANx)**

FOR OFFICE USE ONLY: Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Canada |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date July 19, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |