Robert J. Lauson, Esq.
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
Phone: (310) 726-0892
Fax:   (310) 726-0893
Email: bob@lauson.com

Attorneys for Plaintiff,
CAMBIUM BUSINESS GROUP, INC.

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMBIUM BUSINESS GROUP, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>MAGICK WOODS LIMITED. a Canadian Company; and DOES 1-9, inclusive,<br><br>Defendants. | Case No. SAC12-01196 JVS (ANx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff having engaged in settlement discussions with Defendant, and Defendant having agreed to phase out all use of the "Fairmont Collections" trademark by year end, Plaintiff voluntarily dismisses the entire action pursuant to Federal Rule of Civil Procedure 41(a)(1), without prejudice to the recommencing the action should the controversy not be fully resolved.

Respectfully submitted,

LAUSON & TARVER LLP

Dated: November 27, 2012     By: _____
                                Robert J. Lauson, Esq.